UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01952
   CASSANDRA A BURTON

                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

       Debtor
  SSN XXX-XX-5301

--------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 03/02/2006 and was confirmed 04/27/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was dismissed after confirmation 12/13/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | MORTGAGE ARRE | 5791.51 | .00 | 5791.51 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| MORTGAGE CLEARING CORP | SECURED | 1791.41 | .00 | 400.00 |
| NICOR GAS | UNSECURED | 1211.04 | .00 | 1211.04 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,900.20 | | 1,900.20 |
| TOM VAUGHN | TRUSTEE | | | 579.50 |
| DEBTOR REFUND | REFUND | | | 52.89 |

   Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 9,935.14 | |
| PRIORITY | | .00 |
| SECURED | | 6,191.51 |
| UNSECURED | | 1,211.04 |
| ADMINISTRATIVE | | 1,900.20 |
| TRUSTEE COMPENSATION | | 579.50 |
| DEBTOR REFUND | | 52.89 |
| TOTALS | 9,935.14 | 9,935.14 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE